# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ramsey Romero, Jr., | No. CV-15-02403-PHX-ESW |
| Plaintiff, | **ORDER** |
| v. | |
| Matturro's Service & Repair LLC, et al., | |
| Defendants. | |

The Court having considered the parties' Joint Motion for Court Approval of Settlement Agreement and Stipulation for Dismissal with Prejudice (Doc. 32), and good cause appearing,

IT IS ORDERED granting the Joint Motion for Court Approval of Settlement Agreement and Stipulation for Dismissal with Prejudice (Doc. 32).

The Court finds that the settlement reached among the parties is enforceable and fair.

IT IS FURTHER ORDERED approving the Settlement Agreement and Mutual Release between Plaintiff Ramsey Romero, Jr. and Defendants Matturro's Service & Repair, LLC, Anthony J. Matturro, and Deana Matturro.

IT IS FURTHER ORDERED dismissing with prejudice the above-entitled action, with each party to pay their own attorney's fees, costs and expenses, except as otherwise specified in the Settlement Agreement.

Dated this 23rd day of August, 2016.

Honorable Eileen S. Willett
United States Magistrate Judge